Eugene P. MARTIN, Applt., v. GEORGE RINGLER & COMPANY, Respt. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Eugene P. MARTIN v. GEORGE RINGLER & CO. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion denied, with $10 costs. Order filed.

Anna MARTIN, respt., v. Duncan I. ROBERTS, as president of United States Express Company, applt. (two cases). (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Judgments and orders affirmed with costs. All concur.

Francesco MARUS, as administrator, etc., respondent, v. CENTRAL RAILROAD COMPANY of NEW JERSEY, appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Motion for reargument denied, with $10 costs.

Amelia MASIELLO, as administratrix, etc., respt., v. Atwater W. HOLLISTER, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Judgment and order unanimously affirmed, with costs.

Barbara MASSA, appellant, v. Thomas F. LAWLOR, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. If the plaintiff intends to prove a renewal of the agreement to marry, arising from the course of conduct between the parties subsequent to the original promise, she may so state in her bill of particulars, and thereby comply with the order. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

Joseph MATIS v. Louis LEWIS. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Application denied, with $10 costs. Order signed.

Samuel D. MATTHEWS v. Max SPIEGEL. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

William S. MAXSON, respondent, v. Charles W. BARDEEN, appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Motion denied, with $10 costs.

William J. MAXWELL, respt., v. Henry L. MARSH and one, applts. (Supreme Court, Appellate Division, Fourth Department. May 26, 1916.) Judgment and order affirmed with costs. All concur, except Lambert, J., who dissents.

Arthur J. MAY v. CORT FILM CORPORATION. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

Ivar MAY, respondent, v. Benjamin H. KELLEY, appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1916.)

Order affirmed, with $10 costs and disbursements. No opinion. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Maria MAZZARELLI, by Guiseppina Petti, her guardian ad litem, Respondent, v. Nicholas MAZZARELLI, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Appeal from Special Term, New York County. From an order denying his motion to set aside an inquest and open the judgment taken by default, defendant appeals. Reversed, and motion granted.

PER CURIAM. The default was not intentional and has been excused. The order appealed from is therefore reversed, with $10 costs and disbursements, and the motion granted.

In the Matter of the Judicial Settlement of the Account of Florence B. MEAD, and others, as executors, etc., of William E. Adamson, also known as William E. Ward, deceased. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Decree of the Surrogate's Court of Kings County (90 Misc. Rep. 263, 154 N. Y. Supp. 667) affirmed, with costs, payable out of the estate. No opinion. Jenks, P. J., and Stapleton, Mills, Rich, and Putnam, JJ., concur.

Edward MEADE et al., Applts., v. E. B. & A. C. WHITING CO., Respt. (Supreme Court, Appellate Division, First Department. June 23, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Vincenza MEDICI v. Philip RABINOWITZ. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

Walburga C. MEIXEL v. Charles A. MEIXEL et al. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

Matter of Harry C. W. MELICK as co-Admr., etc., of Jacob J. Brush, decd. (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motions denied, with $10 costs. Orders filed.

MERCHANT TAILORS' SOCIETY et al., Applts., v. JOURNEYMEN TAILORS' UNION OF AMERICA, LOCAL NO. 390, et al., Respts. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Walter MERGENHAGEN, an infant, by guardian, etc., applt., v. LEHIGH VALLEY R. R. CO., respt. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Motion granted and appeal dismissed with costs.

MERRICK THEATER CO., Applt., v. WEISSAGER AMUSEMENT CONSTRUCTION CO. et al., impld., etc., Respts. (Supreme